# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PERKINS, an Individual, | Case No. 2:20-cv-09455 SPG (MAAx) |
| Plaintiff, | District Judge: Sherilyn Peace Garnett |
| v. | Magistrate Judge: Maria A. Audero |
| ALBERTSONS, LLC., a Foreign Corporation; and DOES 1 through 50, Inclusive, | **JUDGMENT** |
| Defendant. | |

# JUDGMENT

The Court, having fully reviewed and considered the papers and evidence presented by moving party Defendant ALBERTSONS, LLC ("Defendant"), and opposing party, Plaintiff RONALD PERKINS ("Plaintiff"), and all relevant legal authorities, and a decision having been duly rendered on January 26, 2023,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff take nothing, that the action be dismissed on the merits, and that each side shall bear its own attorneys' fees and costs.  JUDGMENT IS HEREBY ENTERED.

Dated:  February 8, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

CDF LABOR LAW LLP

2119924.1